Howard A. Sperry, Plaintiff, *v.* Theodore H. Hellman, Defendant. H. A. Sperry, for plaintiff. Seligman & Seligman, for defendant. Motion for reargument or leave to appeal to the Court of Appeals denied, with ten dollars costs.

Appellant Sweezey, Administratrix, Respondent, *v.* The Prudential Ins. Co., Appellant. W. H. Knox, for respondent. H. & C. Campbell, for appellant. Appeal from judgment of this court, DALY, J. Judgment reversed, new trial ordered, costs to appellant to abide the event. See oral opinion, *ante,* page 608.

William H. Lee, Appellant, *v.* Meyer Corn, Respondent. J. B. Marshall, for plaintiff. Powell Wilcox, for respondent. Appeal from the City Court, vacating an order of arrest granted at Special Term. Order affirmed, with costs.

Before PRYOR, P. J., and GIEGERICH, J.

Elvira Purdy, Appellant, *v.* The Manhattan Railway Co. and Another, Respondents. S. G. Adams, for appellant. Davies & Rapallo, for respondents. Appeal from judgment of this court, BISCHOFF, J. Judgment reversed, new trial ordered, costs to abide the event. See *ante,* page 50.

William M. Morowski, Respondent, *v.* William F. Rohrig, Appellant. F. & H. Gumbleton, for respondent. Simon Sultan, for appellant. Appeal from judgment of the City Court. Judgment reversed, new trial ordered, costs to appellant to abide the event.

Before DALY, Ch. J., and BISCHOFF and PRYOR, JJ.